UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
JUL 23 2010

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 96-40048 |
| Plaintiff/ Respondent, | * | |
| -vs- | * | JUDGMENT |
| EUGENE MATHISON, | * | |
| Defendant/ Petitioner. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In accordance with the Memorandum Opinion and Order issued on today's date,

**IT IS ORDERED** that the Petition for a Writ of Audita Querela (doc. 551) is dismissed for lack of jurisdiction.

Dated this 23rd day of July, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
(SEAL)     DEPUTY